UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DOCKET NO.3:01CR224(AWT) |
| JOSE COSME<br>a/k/a "Jose M. Cosme,"<br>a/k/a "Franklin," a/k/a<br>"Frankie," a/k/a "Pacha," | : | NOVEMBER 4, 2005 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it involves:

\_\_\_   a crime of violence as defined in Title 18, United States Code, Section 3156;

\_\_\_   an offense for which the maximum sentence is life imprisonment or death;

_X_   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

\_\_\_   any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

   _X_    a serious risk that the defendant will flee; and/or

   ___    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

   _X_    the defendant's appearance as required; and/or

   _X_    the safety of any other person and the community.

III.    <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

   _____    the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

   _____    an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

   _____    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

  __X__ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV. <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

_____ at the defendant's first appearance;

__X__ after a continuance of __3__ days.

         Respectfully submitted,

         KEVIN J. O'CONNOR
         UNITED STATES ATTORNEY


         H. GORDON HALL
         ASSISTANT UNITED STATES ATTORNEY
         United States Attorney's Office
         157 Church Street
         New Haven, CT 06510
         (203) 821-3700
         Federal Bar No. ct05153

## **CERTIFICATION**

This is to certify that a copy of the within and forgoing "Government's Motion for Pretrial Detention" was hand-delivered to opposing counsel this 4th day of November, 2005.

_____
H. GORDON HALL
ASSISTANT U.S. ATTORNEY