```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
----------------------------x
                            :
UNITED STATES OF AMERICA    :
                            :
                            :
v.                          :     No.  3:01CR00224(AWT)
                            :          3:02CR00061(AWT)
JOSE COSME                  :          3:02CR00062(AWT)
                            :
----------------------------x
```

## ENDORSEMENT ORDER

Pursuant to defendant Jose Cosme's Motion for Extension of Time for Motions (Doc No. 173) filed in Case No. 3:02CR00062 and a telephone conference held on the record January 6, 2006, the court is issuing a Modified Scheduling Order extending the defendant's motions deadlines and jury selection date, which is subject to the filing by the defendant of a Speedy Trial Waiver covering the period from January 6, 2006 to February 17, 2006.  The court finds that the interests of justice served by postponing jury selection from January 6, 2006 to February 17, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Accordingly, the speedy trial time shall be excluded from January 6, 2006 to February 17, 2006.

　　　　It is so ordered.

　　　　Dated this 9th day of January 2006 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　/s/Alvin W. Thompson
                                    _____
                                         Alvin W. Thompson
                                    United States District Judge