UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,           :

                                                  :

        -against-                      :       CRIMINAL NO.: 3:01CR224    (AWT)
                                                  :                      3:02CR 61, 62 (AWT)
JOSE COSME,                                         January 31, 2006
             Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## MOTION TO ADJOURN TRIAL

       Defendant, Jose Cosme, through undersigned counsel, requests that this court adjourn the

trial in the captioned matter, which is currently scheduled to commence on February 17, 2006, for

the following reasons:

       1.    I am an attorney admitted to practice in this Court, represent the captioned defendant

and submit this affidavit in support of an application for the relief requested herein.

       2.    The court has scheduled jury selection in this matter for Monday, February 17, 2006. I

was previously, and am still, scheduled to commence a trial on February 13, 2006, in the United

States District Court, Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, in

the case of the United States of America v. Edgardo Colon, et al., Criminal No. 05-CR-123.  As

indicated in "Exhibit A," that date was fixed on November 18, 2005, and that case is a multi-

defendant case.

       3.    Additionally, my client and I have now had sufficient time to examine the voluminous

discovery provided by the Government in this case.  I have already contacted Assistant United States

Attorney, Gordon Hall, to discuss a disposition. While our discussions are only in the preliminary stage, I believe that there will be a disposition of these three (3) indictments without a trial.

4. The Government agrees that an adjournment of the trial would be appropriate.

5. For the foregoing reasons we respectfully request 60 (sixty) days in order that I may try the Pennsylvania case and conclude plea negotiations in the captioned matter.

Respectfully submitted,

DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000