## CERTIFICATION OF SERVICE

    This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney' Office - District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 31st day of January, 2006.

_____
DAVID J. GOLDSTEIN