IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   Date of
                            :   Notice: November 18, 2005
        vs.                 :
                            :
EDGARDO COLON/59510-066     :   Criminal No. 05-CR-123-2
FDC-PHILADELPHIA
P.O. BOX 562
PHILADELPHIA, PA 19106
                    TRIAL NOTICE
**FEDERAL CUSTODY**

   TAKE NOTICE that the above-entitled case has been set for Trial in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on February 13, 2006 at 10:00a.m. before the Honorable Cynthia M. Rufe. **Please report to the fourth floor for courtroom assignment.**

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                            Very truly yours,

**YES** INTERPRETER REQUIRED

                            Erica D. Pratt
                            Deputy Clerk to Judge Cynthia M. Rufe


                    Notice to:
                            Defendant (via mail)
                            D. Goldstein, Esq.(via fax)
                            J. Gallagher, A.U.S.A. (via e-mail)
                            U.S. Marshal (via e-mail)
                            Probation Office (via e-mail)
                            Pretrial Services (via e-mail)
Cr 4 (rev. 8/97)            Larry Bowman(via e-mail)


TOTAL P.01