# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                                    ss.:
COUNTY OF NEW YORK   :

Melissa Gonzalez, being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

2. On January 31, 2006, I served a true copy of the annexed Motion to Adjourn Trial to respondents, mailing the same electronically, to the person(s) at the address indicated below:

U.S. Attorney's Office - AUSA H. Gordon Hall - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - AUSA Peter Markle - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - John A. Danaher, III, 450 Main Street, Room 328, Hartford, Connecticut 06103

U.S. Court of Appeals, Office of the Clerk, U.S. Courthouse, Foley Square, NY, NY 10007

_____
MELISSA GONZALEZ

Sworn to before me this 6th
day of February, 2006

_____
NOTARY PUBLIC

JASON A. RIFKIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RI6131767
Qualified in New York County
My Commission Expires August 22, 2009

**Motions**
3:02-cr-00062-AWT USA v. Torres, et al

# U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Goldstein, David J. entered on 1/31/2006 at 3:55 PM EST and filed on 1/31/2006
**Case Name:**      USA v. Torres, et al
**Case Number:**    3:02-cr-62
**Filer:**            Dft No. 3 - Jose Cosme
**Document Number:** 180

**Docket Text:**
MOTION to Continue by Jose Cosme. (Attachments: # (1) Exhibit # (2))(Goldstein, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=1/31/2006] [FileNumber=781109-0]
[704962533b69ca6bf2e200d4bc820e37ce64dbace5d317ca6ed5c15d7e7a5c5579fb
ca6d3bd0705aa05056eb485dc51307c8f9de094b106a3eb1c876ccf86a70]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=1/31/2006] [FileNumber=781109-1]
[7cc180b165471929fe07ee1acb4a16aaf5036b65951d467b0daf26f39f108c2d58c4
3eef2bb31169340e9a43e9d86ce1af426105fbb0aa41e9824629e3243045]]
**Document description:**
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=1/31/2006] [FileNumber=781109-2]
[81c5fdab4138d2c0205a14a448a2ec8c5baa0c0e842c5aee7767d8d2f54bc88f444a
0f693b709779f61883b8a868c11333c84e8726285b109eccd2a21f3181dd]]

**3:02-cr-62-3 Notice will be electronically mailed to:**

John A. Danaher, III     john.danaher@usdoj.gov, diane.light@usdoj.gov

David J. Goldstein     abogado1948@hotmail.com

H. Gordon Hall     Gordon.Hall@usdoj.gov, annmarie.tenero@usdoj.gov; marilyn.durso@usdoj.gov

Peter D. Markle    Peter.Markle@usdoj.gov, annmarie.tenero@usdoj.gov; marilyn.durso@usdoj.gov

David J. Wenc    davidjwenc@wenclaw.com

**3:02-cr-62-3 Notice will be delivered by other means to:**

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007