UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,  :

          :

   -against-      CRIMINAL NO. 3:01CR224  (AWT)

          :

JOSE COSME,       March 27, 2006

          :

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## MOTION TO ADJOURN JURY SELECTION AND TRIAL

JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the

jury selection and trial in the captioned matter until June 9, 2006, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant

and submit this affidavit in support of an application for the relief requested hereto.

2. Jury selection and trial in this case have been scheduled for Thursday, April 13, 2006.

3. I am currently engaged in plea negotiations with the Government to resolve this case,

as well as two other Indictments which are also pending before this court involving the same

defendant.

4. I am also currently on trial in a case in the Supreme Court, Bronx County, in a murder

case, and have been on trial for the last three weeks.

5. As a result of my trial, I have been unable to visit the defendant, who is incarcerated at

the Donald W. Wyatt Center in Rhode Island. I have also been unable to complete negotiations of a plea agreement with Assistant United States Attorney, Gordon Hall. As previously indicated, this case is really three (3) separate cases, which all must be resolved simultaneously.

6. As we have previously indicated to the court, we believe that this matter will be resolved, rendering a trial unnecessary.

7. For the foregoing reasons we respectfully request that the court adjourn and trial from April 13, 2006, until June 9, 2006. The Government, by Gordon Hall, has no objection to this application.

8. The defendant has executed a speedy trial waiver, and consented to the exclusion of time until June 9, 2006. ("Exhibit A").

Respectfully submitted,

DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 28th day of March, 2006.

DAVID J. GOLDSTEIN

Exhibit A

UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                    :

                                             :

          -against-                          :         CRIMINAL NO. 3:01CR224 (AWT)

JOSE COSME,                                  :         March 21, 2006

               Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -X


## SPEEDY TRIAL WAIVER


     The defendant, JOSE COSME, having been advised that he has a right to a speedy trial,
pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time
from April 13, 2006, the date currently fixed for trial, until June 9, 2006, the new trial date, be
excluded from the calculation of time within which trial must be commenced in this case.


Dated: March   2006


*Fausto CAnn de Jesus*
*Jose´ cosme*


                         Respectfully submitted,


                         Goldstein & Weinstein
                         Attorneys for defendant
                         JOSE COSME
                         888 Grand Concourse
                         Bronx, New York 10451
                         Telephone no. (718) 665-9000


INTERPRETED BY:


    LISA TORRES


LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000