## CERTIFICATION OF SERVICE

This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 5th day of June, 2006.

_____
DAVID J. GOLDSTEIN

UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :   CRIMINAL NO. 3:01CR00224 (AWT)
                                   :
JOSE COSME,                        :   June 5, 2006
                                   :
              Defendant.
---------------------------------X

### SPEEDY TRIAL WAIVER

The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from June 9, 2006, the date currently fixed for trial, until August 11, 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: June 5, 2006

*Fausto Candelario Ortiz*
*Jose Cosme*

Respectfully submitted,

Goldstein & Weinstein
Attorneys for defendant
JOSE COSME
888 Grand Concourse
Bronx, New York 10451
Telephone no. (718) 665-9000

INTERPRETED BY:
_____