# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Jose Cosme

**WARRANT FOR ARREST**

CASE NUMBER: 3:01cr224(AWT)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jose Cosme

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   □ Information   □ Complaint   □ Order of Court   □ Violation Notice   □ Probation Violation Petition

Charging him or her with (brief description of offense):

Conspiracy to Distribute Controlled Substance

in violation of 21 Title United States Code, Section(s) 846

Kevin F. Rowe
Name of Issuing Officer

By _____ Deputy Clerk
Signature of Issuing Officer

Clerk
Title of Issuing Officer

9/20/01 New Haven
Date and location

**Note: Prior to your court appearance, please contact the probation office in Hartford at 860-240-3661.**

Bail Fixed at $ _____

Hon. Ellen Bree Burns
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at: Dominican Republic

| 9/20/01 | S/A DEA | A TRUE COPY |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | DATE _____ |
| 11/4/05 | [signature] | BY _____ |
| DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER | Deputy Clerk |