**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :    NO.  3:01CR00224(AWT)
                               :
JOSE COSME                     :
                               :
-------------------------------x
```

## MODIFIED SCHEDULING ORDER

    1.   The defendant shall file any motions, such as motions to dismiss or motions to suppress, together with memoranda in support thereof, on or before **September 1, 2006.**  The government shall file its responses to any such motions, together with supporting memoranda, on or before **September 15, 2006.**  The defendant shall file any reply to any such responses no later than **September 22, 2006.**

    2.   Any evidentiary hearings or oral argument with respect to such motions, or a status conference in the event there are no such motions, shall take place on **September 28, 2006** at **2:00 p.m.**  The government shall, and the defendant may, submit proposed findings of fact and conclusions of law by no later than **5:00 p.m.** on **September 25, 2006.**

    3.   Jury selection shall take place on **October 13, 2006** at **9 a.m.**  The parties should be prepared to commence trial immediately thereafter.  Proposed voir dire questions and

proposed jury instructions shall be filed with the court and served on opposing counsel no later than **October 6, 2006.**

    4. Any pre-trial applications are to be referred to the undersigned absent exigent circumstances or explicit authorization to the contrary.

    5. Courtesy copies of all documents filed in this action shall be submitted to the chambers of the undersigned, Room 240, 450 Main Street, Hartford, CT.

    6. This schedule may be altered only by a superseding order of the court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendant in a speedy trial.

    7. Any motion by the defendant for a continuance shall be accompanied by a statement of whether, in the defendant's view, the continuance would adversely affect the defendant's rights under the Speedy Trial Act, Title 18, United States Code, Section 3161 <u>et</u> <u>seq.</u> and the speedy trial provisions of the Sixth Amendment of the United States Constitution.

    It is so ordered.

    Dated this 9th day of August 2006 at Hartford, Connecticut.
                                                                 /s/Alvin W. Thompson

                                              Alvin W. Thompson
                                   United States District Judge