UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
-------------------------------X

UNITED STATES OF AMERICA,                :

        -against-                                   CRIMINAL NO. 3:01CR00224 (AWT)

JOSE COSME,                                      September 26, 2006

           Defendant.
-------------------------------X

## MOTION TO ADJOURN CONFERENCE, JURY SELECTION AND TRIAL

JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the conference in this case until a date convenient to the court and adjourn the jury selection and trial in the captioned matter until December 8, 2006, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested.

2. A conference has been scheduled for September 28, 2006, and Jury selection and trial have been scheduled for October 13, 2006.

3. I am currently on trial in the Supreme Court, Bronx County, in the case of the <u>People of the State of New York v. William Serrano</u>, before the Honorable Margaret Clancy. In that case, the defendant is charged with the crime of Attempted Murder, and he has been incarcerated for approximately two years awaiting trial.

4. Subsequent to that trial, I am scheduled to begin a trial in Passaic County, New Jersey,

in the case of the State v. Anyoli Gonzalez, where my client is charged with murder. That trial will start November 26, 2006. That defendant has also been incarcerated for approximately two years.

5. For the foregoing reasons we respectfully request that the court adjourn the trial date from October 13, 2006, until December 8, 2006. The Government, by Gordon Hall, has no objection to this application.

6. The defendant will execute executed a speedy trial waiver to be filed on Friday, September 29, 2006, consenting to the exclusion of time for speedy trial purposes until December 8, 2006. A copy of the proposed speedy trial waiver is annexed hereto as "Exhibit A." I am unable to meet with the defendant prior to that date because I am on trial in Bronx County and he is incarcerated in Rhode Island.

Respectfully submitted,

_____
DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## CERTIFICATION OF SERVICE

    This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 26th day of September, 2006.

*[signature]*

DAVID J. GOLDSTEIN