UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                    :

                                             :

        -against-                            :          CRIMINAL NO. 3:01CR00224 (AWT)

                                             :

JOSE COSME,

                                             :

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X


## SPEEDY TRIAL WAIVER


        The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from October 13, 2006, the date currently fixed for trial, until December 8 , 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.


Dated: September 29, 2006


_____


                                        _____


                                        Respectfully submitted,


                                        Goldstein & Weinstein
                                        Attorneys for defendant
                                        JOSE COSME
                                        888 Grand Concourse
                                        Bronx, New York 10451
                                        Telephone no. (718) 665-9000


INTERPRETED BY:


_____


LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000