UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
---------------------------------X
UNITED STATES OF AMERICA,        :

                                :

    -against-                            CRIMINAL NO. 3:01CR00224 (AWT)

                                :

JOSE COSME,

                                :

             Defendant.
---------------------------------X

## SPEEDY TRIAL WAIVER

The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from October 13, 2006, the date currently fixed for trial, until December 8, 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: September 29, 2006

_[signature]_                                         _[signature]_

                                                Respectfully submitted,

                                                Goldstein & Weinstein
                                                Attorneys for defendant
                                                JOSE COSME
                                                888 Grand Concourse
                                                Bronx, New York 10451
                                                Telephone no. (718) 665-9000

INTERPRETED BY:

_[signature]_

LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000