UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
---------------------------------X
UNITED STATES OF AMERICA,          :

                                :

      -against-                       CRIMINAL NO. 3:01CR00224 (AWT)

                                :

JOSE COSME,

                                :
        Defendant.
---------------------------------X

## SPEEDY TRIAL WAIVER

The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from December 8, 2006, the date currently fixed for trial, until January 16, 2007, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: November 28, 2006

_____

                                                           Jose Cosme

                                                   Respectfully submitted,

                                                 Goldstein & Weinstein
                                                 Attorneys for defendant
                                                 JOSE COSME
                                                 888 Grand Concourse
                                                 Bronx, New York 10451
                                                 Telephone no. (718) 665-9000

INTERPRETED BY:

_____