UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| -against- | CRIMINAL NO. 3:01CR00224 (AWT) |
| | : |
| JOSE COSME, | December 26, 2006 |
| | : |
| Defendant. | |

------------------------------X

### CONSENTED TO MOTION TO CONTINUE JURY SELECTION AND TRIAL

JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the jury selection and trial in the captioned matter until March 13, 2007, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested.

2. Jury selection and trial in this case have been scheduled for January 16, 2007.

3. On January 8, 2007, I am scheduled to pick a jury in the United States District Court for the Eastern District of New York in the case of the United States of America v. Francisco Helena Bellard. Trial is scheduled to commence on January 16, 2007, the same date as in the instant matter, before the Honorable Edward R. Korman, Chief Judge of that court.

4. I am also currently scheduled to pick a jury on January 4, 2007, in the United States District Court, for the District of New Hampshire, in the case of the United States v. Gilberto Rodriguez, before the Honorable J. Gavin Murtha. In the event there is no disposition of that matter,

trial is scheduled to commence on January 24, 2006.

5. On January 28, 2007, I will commence a trial in the Superior Court for the State of New Jersey, Passaic County, in the case of the State v. Anyoli Gonzalez. That defendant is charged with murder, and has been incarcerated since April 2004. That trial was scheduled to occur in December, but was adjourned until January 2007, because of issues concerning the competency of the defendant. Those issues will be resolved prior to the trial date. The trial in that case is expected to last approximately 3 weeks.

6. For the foregoing reasons we respectfully request that the court continue the trial date from January 16, 2007, until March 13, 2007. The Government, by Gordon Hall, has no objection to this application.

7. The defendant will executed a speedy trial waiver, which will be filed separately, consenting to the exclusion of time until March 13, 2007 ("Exhibit A").

Respectfully submitted,

_____
DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 29th day of December, 2006.

                                                                                       _____
                                                                                       DAVID J. GOLDSTEIN

*LAW OFFICES*
**GOLDSTEIN & WEINSTEIN**
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000