**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
     v.                         :    Case No. 3:01CR224 (AWT)
                                :
FAUSTO CANDELARIO,              :
a/k/a Jose Cosme                :
--------------------------------x
```

**NOTICE RE CONTINUATION OF SENTENCING**

Proposed amendments to the Sentencing Guidelines offenses involving crack cocaine will, if they become effective, result in lower Guideline ranges for defendants convicted of offenses involving crack cocaine.  Because this defendant's case involves crack cocaine, sentencing is being continued to a date on or after November 1, 2007.

A status conference for the purpose of setting a new date for sentencing will be held at 9:30 a.m. on Monday, October 29, 2007 in the South Courtroom.

It is so ordered.

Dated this 18th day of September, 2007 at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge